ACCEPTED
01-15-00319-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 11:05:05 AM
CHRISTOPHER PRINE
CLERK

## CASE NO. 01-15-00319-CV

In the First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 11:05:05 AM
CHRISTOPHER A. PRINE
Clerk

**Q'Max America, Inc.
d/b/a Q'Max America Solutions, Inc.
d/b/a Q'Max Solutions d/b/a Q'Max Solutions, Inc.,
Appellant**

v.

**Screen Logix, LLC,
Appellee**

From the 125th District Court, Harris County, Texas
Cause No. 2015-05002

### APPELLANT Q'MAX AMERICA'S
### MOTION FOR EXTENSION OF TIME

Appellant Q'Max America Inc. files this unopposed motion to extend time, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6. Q'Max America respectfully requests a brief, two-week extension of the May 13, 2015 deadline to file its appellant's brief.

005614\00003\1375176.1

## MOTION TO EXTEND

This is an accelerated appeal from an interlocutory order granting a temporary injunction. The record on appeal became complete when the reporter's record was filed on April 23, 2015. Q'Max America's appellant's brief is due 20 days later, on May 13, 2015. *See* TEX. R. APP. P. 38.6(a).

Currently pending the Court's consideration is a motion to dismiss this appeal filed by appellee Screen Logix, LLC. Q'Max America filed its response on April 27, 2015.

In the meantime, Q'Max America seeks a two-week extension—until May 27, 2015—to file its appellant's brief. This is Q'Max America's first request for an extension of time in connection with its appellant's brief, which is needed in light of the following responsibilities of its counsel:

- Preparing for and attending a hearing to defend against an application for a temporary restraining order and temporary injunction on May 8, 2015, in Cause No. 15-001017-CV-272, *American Momentum Bank v. George Lea et al.*, pending in the 272nd Judicial District Court in Brazos County, Texas;

- Preparing briefing in response to two summary judgment motions due on May 6 and May 25, 2015, in Cause No. 2013-CI-11965, *Siete Acres, LLC. v. Midway Austin Highway Partners, LP., et al.*, pending in the 73rd Judicial District Court in Bexar County, Texas;

2

- Preparing for and attending a related summary judgment hearing on May 13, 2015 in Cause No. 2013-CI-11965, *Siete Acres, LLC. v. Midway Austin Highway Partners, LP.*, *et al.*, pending in the 73rd Judicial District Court in Bexar County, Texas; and

- Preparing for and attending a hearing on Q'Max America's motion to dismiss on May 18, 2015, in the underlying lawsuit in this case.

This motion is not brought for purposes of delay, but rather to allow counsel adequate time to present the issues in this appeal as thoroughly and precisely as possible, and so that justice may be done.

### CONCLUSION AND PRAYER

Q'Max America respectfully requests a two-week extension of the deadline to file its appellant's brief—until May 27, 2015—or until such later date as the Court may determine appropriate.

3

Respectfully submitted,

BOYARMILLER

By: */s/ Whitney Rawlinson*
    Chris Hanslik
    State Bar No. 00793895
    Kasi Chadwick
    State Bar No. 24087278
    Whitney Rawlinson
    State Bar No. 24068655
    4265 San Felipe, Suite 1200
    Houston, Texas 77027
    713.850.7766 – Telephone
    713.552.1758 – Facsimile
    chanslik@boyarmiller.com
    kchadwick@boyarmiller.com
    wrawlinson@boyarmiller.com

**ATTORNEYS FOR APPELLANT**

4

005614\00003\1375176.1

## CERTIFICATE OF COMPLIANCE

I do hereby certify that this document complies with the typeface requirements of Texas Rule of Appellate Procedure 9.4(e) because it has been prepared in a proportionally-spaced typeface using Microsoft Word 2010 in 14-point Bell MT font.

_/s/ Whitney Rawlinson_
Whitney Rawlinson

005614\00003\1375176.1

## CERTIFICATE OF CONFERENCE AND SERVICE

I certify that on May 4, 2015, counsel for appellant conferred with counsel for appellee regarding the substance of this motion, and counsel for appellee indicated that he was unopposed.

I further certify that on May 5, 2015, a true and correct copy of the foregoing document was sent to all counsel of record as indicated below by e-service:

> NISTICO, CROUCH & KESSLER, P.C.
> Joseph F. Nistico, Jr
> Jonathan Peirce
> 1900 West Loop South, Suite 800
> Houston, Texas 77027
> 713.781.2889 – Telephone
> 713.781.7222 – Facsimile
> jnistico@nck-law.com
> jpeirce@nck-law.com
>
> THE FORBES FIRM, PLLC
> Lucy H. Forbes
> 2114 Woodcrest Drive
> Houston, Texas 77018
> 832.620.3030 – Telephone
> 832.532.3789 – Facsimile
> lucy@forbesfirm.com
>
> THE LAW OFFICE OF KATHLEEN O'CONNOR
> Kathleen A. O'Connor
> 4400 Post Oak Parkway, Suite 2360
> Houston, Texas 77027
> 713.225.9000 – Telephone
> 713.222.6126 – Facsimile
> kat.a.oconnor@gmail.com

*/s/ Whitney Rawlinson*
Whitney Rawlinson

005614\00003\1375176.1